IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Luxottica Retail North America, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv374 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| CAS-MAN, Inc., et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on August 2, 2011 (Doc. 26), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 19, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for contempt (Doc. 16) is **DENIED** as moot.

IT IS SO ORDERED.

                ___s/Susan J. Dlott_____
                Chief Judge Susan J. Dlott
                United States District Court